# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH MATTHEWS

NO. 2023 KW 0963

**DECEMBER 4, 2023**

---

In Re:     Joseph Matthews, applying for supervisory writs, 20th
           Judicial District Court, Parish of East Feliciana, No.
           14-CR-595.

---

**BEFORE:    WOLFE, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

                              EW
                              CHH
                              SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT